**MEMO ENDORSED**

# PARKER AND CARMODY, LLP
### ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

July 29, 2020

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Purdy and Emanuel</u>
20 Cr 0048 (NSR)

Dear Judge Roman:

I represent Richard Emanuel and Susanne Brody, Esq. represents Dillon Purdy. I write on behalf of both defendants, and with the consent of the Government, requesting that the conference previously scheduled for tomorrow, July 30, 2020 be adjourned to October 1, 2020.

The defense continues to review discovery in this matter which requires additional time and the adjournment would also provide counsel with an opportunity to engage in plea negotiations. Accordingly, it is for those reasons that we seek an adjournment and consent to the exclusion of time under the Speedy Trial Act.

If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this letter, granting our request for an adjournment.

I hope you and your staff are well. Thank you for your immediate attention to, and consideration in, this matter.

Respectfully submitted,

/s/
<u>Daniel S. Parker</u>
Parker and Carmody, LLP
850 Third Ave., 14th Floor
New York, NY 10022
Tel. 212-239-9777

Cc: All parties (BY ECF)

---

The parties' request to adjourn the Status Conf. scheduled for July 30, 2020 until Oct. 1, 2020 at 11:00 am is granted. Clerk of the Court requested to terminate the motion (doc. 18).

Dated: July 29, 2020
SO ORDERED.

Nelson S. Román, U.S.D.J.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2020