**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 12, 2021

The parties' joint request to adjourn the Status Conf. from Jan. 19, 2021 until Mar. 31, 2021 at 3:00 pm or, alternatively, April 1, 2021 at 3:00 pm is granted.  Clerk of Court requested to terminate the motion (doc. 33).  Dated:  Jan. 14, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**By ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:   *United States v. Dillon Purdy et al.*, 20-cr-48 (NSR)

Dear Judge Román:

    The parties submit this joint request for an adjournment of the next status conference, currently scheduled for January 19, 2021 at 1:00 P.M.

    As the parties represented at the last conference, the parties have reached agreements in principle.  Counsel for Dillon Purdy is expected to write the Court with a basis for a CARES Act application in order to allow Mr. Purdy's plea to go forward remotely.  The Government and counsel for Richard Emanuel expect to write the Court shortly about a resolution as well.  In light of this fact, the parties respectfully request that the status conference scheduled in this matter be adjourned for two months.  If the Court grants this application, the Government also respectfully requests that time between now and the next conference be excluded under 18 U.S.C. § 3161(h)(7)(A) for the same reason.  The defendants do not oppose this request and a proposed order is attached.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____

Shiva H. Logarajah
Assistant United States Attorney
Tel:  (914) 993-1918

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2021

cc:   Susanne Brody, Esq. (by ECF)
      Joseph Facciponti, Esq. (by ECF)