| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/14/2021 |
| UNITED STATES OF AMERICA,<br><br>       -against-<br><br>DILLON PURDY,<br><br>                              Defendant. | No. 20 CR 48 (01) (NSR)<br><br>ORDER |

NELSON S. ROMÁN, United States District Judge:

A review of the docket reveals that the instant criminal action was commenced over a year ago; Defendant Dillon Purdy is charged with one count of conspiring to commit robbery in violation of 18 U.S.C. § 1951, and two counts of committing robbery in violation of 18 U.S.C. §§ 1951 and 2; Defendant has been detained for over one year; and Defendant wishes to enter a guilty plea pursuant to a negotiated plea agreement.

In light of the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic, Defendant's desire to resolve this matter without a trial as quickly as possible despite judicial system delays due to the COVID-19 pandemic, and in order to comply with social distancing protocols and the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Dillon Purdy can and should be permitted to change his plea by video teleconference or by telephone conference before a Magistrate Judge of this Court pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the plea hearing for Defendant Dillon Purdy be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned.

Dated: January 14, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge