UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                          Plaintiff,                  **MEMORANDUM**

      -against-                                    20 Cr. 48 (NSR)

DILLON PURDY,

                          Defendant.
------------------------------------------------------------x

TO:  <u>Nelson S. Román, United States District Judge:</u>

     Please find attached a transcript of the March 4, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: May 19, 2021
       White Plains, New York

                                                    Respectfully Submitted,

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge